**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00370-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      NATHAN MEDLOCK; and
2.      SALVADOR PONCE,

      Defendants.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **December 14, 2015 at 9:00 a.m.** On the first day of trial, counsel shall be present at **8:30 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **October 22, 2015** and responses to these motions shall be filed by **October 29, 2015**. It is further

ORDERED that a Trial Preparation Conference is set for **December 1, 2015 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)   jury selection;

2)   sequestration of witnesses;

3)   timing of presentation of witnesses and evidence;

4)   anticipated evidentiary issues;

5)   any stipulations as to fact or law; and

6)   any other issue affecting the duration or course of the trial.

DATED this 13th day of October, 2015.

                          BY THE COURT:

                          _____
                          RAYMOND P. MOORE
                          United States District Judge