**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Action No. 15-cr-00370-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. NATHEN MEDLOCK,

    Defendant.

---

**Preliminary Order of Forfeiture Against Defendant Medlock**

---

    This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture Against Defendant Medlock (ECF No. 64), pursuant to Fed. R. Crim. P. 32.2. The Court, having read said motion and being fully advised in the premises, finds:

    On September 16, 2015, a grand jury charged Defendant Nathen Medlock with two counts of Bank Robbery in violation of 18 U.S.C. § 2113(a) (2012). The Indictment also sought forfeiture in the form of a personal money judgment against Defendant Medlock pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). (Indictment, ECF No. 3.)

    On January 15, 2016, the United States and Defendant Medlock entered into a plea agreement, which provides a factual basis and cause to issue a personal money judgment under § 981(a)(1)(C), § 2461(c), and Rule 32.2. (*See* ECF No. 54.)

    THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

    THAT $3963 is subject to forfeiture as proceeds obtained by Defendant Medlock through commission of the offenses to which he has pleaded guilty (both counts of the Indictment).

THAT a Preliminary Order of Forfeiture for a personal money judgment against Defendant Medlock in the amount of $3936 shall be entered in accordance with §§ 981(a)(1)(C) and 2461(c). Pursuant to Fed. R. Crim. P. 32.2, this forfeiture money judgment shall become final as to Defendant Medlock at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2.

DATED this 29th day of January, 2016.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge